THE HONORABLE MARSHA J. PECHMAN
Trial Date: December 5, 2022

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

SARAH HAWES KIMSEY; TARUL
KODE TRIPATHI; and CATHERINE
FREUDENBERG,

                    Plaintiffs,

    v.

CITY OF SAMMAMISH, a municipal
corporation; and CELIA WU, an individual,

                  Defendants.

No. 2:21-cv-01264 MJP

[PROPOSED]

STIPULATION FOR AND ORDER OF
DISMISSAL

[CLERK'S ACTION REQUIRED]

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SARAH

HAWES KIMSEY; TARUL KODE TRIPATHI; and CATHERINE FREUDENBERG and

Defendants CITY OF SAMMAMISH, a municipal corporation; and CELIA WU, an

individual, that all of Plaintiffs' claims against Defendants may be dismissed with prejudice

and without assessment by the Court of costs or attorneys' fees to either party.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dated:   03.23.3033          MCDONALD HOAGUE & BAYLESS


                              /s/ Joe Shaeffer
                             Joe Shaeffer, WSBA #33273
                             *Attorneys for Plaintiffs*
                             705 Second Ave., Ste. 1500
                             Seattle, WA 98104
                             Ph.: 206.622.1604
                             joe@mhb.com


Dated:   03.23.2022          KEATING, BUCKLIN & McCORMACK, INC., P.S.


                              /s/ Jeremy Culumber
                             Jeremy W. Culumber, WSBA #35423
                             *Attorneys for Defendants*
                             801 Second Avenue, Suite 1210
                             Seattle, WA 98104
                             Ph.: (206) 623-8861 / FAX: (206) 223-9423
                             jculumber@kbmlawyers.com


## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against CITY OF SAMMAMISH and CELIA WU are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____, 2022.


_____
THE HONORABLE MARSHA J. PECHMAN

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423