THE HONORABLE MARSHA J. PECHMAN
Trial Date: December 5, 2022

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH HAWES KIMSEY; TARUL KODE TRIPATHI; and CATHERINE FREUDENBERG,<br><br>        Plaintiffs,<br><br> v.<br><br>CITY OF SAMMAMISH, a municipal corporation; and CELIA WU, an individual,<br><br>        Defendants. | No. 2:21-cv-01264 MJP<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SARAH HAWES KIMSEY; TARUL KODE TRIPATHI; and CATHERINE FREUDENBERG and Defendants CITY OF SAMMAMISH, a municipal corporation; and CELIA WU, an individual, that all of Plaintiffs' claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:21-cv-01264 MJP

1002-01822/Kismey v. Sammamish C21-1264 Stipulation  Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Dated:   03.23.3033          MCDONALD HOAGUE & BAYLESS

　　　　　　　　　　　　　　 /s/ Joe Shaeffer
                             Joe Shaeffer, WSBA #33273
                             *Attorneys for Plaintiffs*
                             705 Second Ave., Ste. 1500
                             Seattle, WA 98104
                             Ph.: 206.622.1604
                             joe@mhb.com

Dated:   03.23.2022          KEATING, BUCKLIN & McCORMACK, INC., P.S.

　　　　　　　　　　　　　　 /s/ Jeremy Culumber
                             Jeremy W. Culumber, WSBA #35423
                             *Attorneys for Defendants*
                             801 Second Avenue, Suite 1210
                             Seattle, WA 98104
                             Ph.: (206) 623-8861 / FAX: (206) 223-9423
                             jculumber@kbmlawyers.com

**ORDER**

Having reviewed the Stipulation, the Court DISMISSES WITH PREJUDICE Plaintiffs' claims against Defendants City of Sammamish and Celia Wu without assessment by the Court of costs or attorneys' fees to either party. The Court hereby DISSOLVES the preliminary injunction entered in this matter. (Dkt. No. 32.)

DATED: March 23, 2022.

　　　　　　　　　　　　　　 [signature]

                             Marsha J. Pechman
                             United States Senior District Judge.

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:21-cv-01264 MJP

1002-01822/Kismey v. Sammamish C21-1264 Stipulation  Order of Dismissal

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423