May 24, 2024

United States District Court
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101

**RE: Case No. C21-1264 MJP**

Please find my statement, and attached a supporting declaration, which I am filing with the court as a permanent record for this case.

**STATEMENT FOR COURT FILES FOR CASE NO. C21-1264 MJP**

**I, Celia Wu, am a resident of Sammamish, Washington.**

**In November, 2021, Sarah Hawes Kimsey filed a lawsuit Case No. C21-1264 MJP naming me as a defendant. At that time, I was employed as a Communications Manager for the City of Sammamish.**

**Ms. Kimsey claimed that I had violated her First Amendment rights by deleting comments she made on the City of Sammamish Facebook page.**

**==The evidence indicated that I did not delete, nor hide her comments, and there has been no Court decision or finding that I deleted or hid Ms. Kimsey's comments.== To clarify further, deleted comments cannot be restored, as explained in the attached supporting declaration in the court documents from the COO of Archive Social confirming that once a comment is deleted on Facebook, ==‘it is also deleted from their servers and backup systems so that it cannot be retrieved.'==**

**During the case, the City of Sammamish changed its policy from being a 'limited public forum,' and based on that action by the City, the case was settled. ==The evidence supports that Ms. Kimsey's comments were never deleted or hidden by me and are still visible on the City's page.==**

**For the record, I am also confirming that on September 18, 2023, I served to Ms. Sarah Hawes Kimsey a Request for Retraction, Correction, and Clarification of Defamatory Statements Under RCW 7.96.040.**

Thank you,


Celia Wu

HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH HAWES KIMSEY; TARUL KODE TRIPATHI; and CATHERINE FREUDENBERG,

Plaintiffs,

v.

CITY OF SAMMAMISH, a municipal corporation; and CELIA WU, an individual,

Defendants.

CASE NO. 2:21-cv-01264 MJP

**DECLARATION OF ROBERT SYDNOR**

I, Robert Sydnor, declare as follows:

1. I am the Chief Operating Officer at ArchiveSocial and make this declaration based on my personal knowledge.

2. ArchiveSocial is a cloud-based archiving and analytics company. We work with public sector customers to automatically capture and preserve comments and other data on a variety of social media websites. We work with the City of Sammamish to preserve the comments and posts on the City's official Facebook page.

3. ArchiveSocial uses a computer program to read the data from the City's Facebook page. The program preserves comments posted on the City's Facebook page immediately after they are posted. The program periodically attempts to access known comments to ascertain whether they have been hidden, edited, or deleted, applying an associated "tag" to the comment.

DECLARATION OF ROBERT SYDNOR - 1
CASE NO. **2**:21-cv-01264 MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4.      ███████████████████████████████████████
████████████████████████████████████████████████
████    A "deleted" tag does not necessarily mean that the comment was actually deleted. ███
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████

5.      ███████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

6.      If a comment is deleted from Facebook, it is not possible for the program to determine who was responsible for deleting the comment. Per Facebook's Help Center, when a comment is deleted on Facebook, it is also deleted from their servers and backup systems so that it cannot be retrieved.

*See* https://www.facebook.com/help/121995105053180?helpref=search&query=recover%20deleted%20post&search_session_id=7be4b79314e2473855db7de29f5fbd88&sr=3.

7.      I have reviewed our records of all of the comments posted by Sarah Kimsey on the City of Sammamish's Facebook page. Nearly all of these comments were tagged as "deleted" by our program at approximately the same time. This fact suggests to me that Ms. Kimsey's privacy settings were changed, or her account was disabled at some time so as to make her comments inaccessible to the public, resulting in the program tagging all of her prior comments on the City's Facebook page as "deleted."

DECLARATION OF ROBERT SYDNOR - 2
CASE NO. **2**:21-cv-01264 MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1    8.   I have reviewed screenshots of the City's Facebook page and understand that, with
2  few exceptions, all of Ms. Kimsey's comments remain accessible to the public. The time stamps
3  on these comments as visible today matches the original date and time of posting as recorded by
4  our program. This further suggests that Ms. Kimsey's comments were never actually deleted from
5  Facebook, but that the "deleted" tags were applied for some other reason, as discussed above.

   I declare under penalty of perjury under the laws of the State of Washington that the foregoing statements are true and correct.

   EXECUTED on ____October 27th____, 2021, at ____Durham____, North Carolina.

   _____
   Robert Sydnor

DECLARATION OF ROBERT SYDNOR - 3
CASE NO. **2**:21-cv-01264 MJP

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001