**Celia Wu**
Sammamish, WA 98074
Email: celiachongwu@gmail.com

August 26, 2024

**Katherine Langsdorf**
Email: [kate.langsdorf@bothellwa.gov](kate.langsdorf@bothellwa.gov) *and via Certified Mail*

Dear Ms. Langsdorf,

**Re: False Statements Submitted in Complaint for Damages**

I am writing to address a grave matter concerning false statements you made in a court document you filed with the Superior Court of the State of Washington on October 21, 2021.

Specifically, you falsely claimed multiple times that I deleted Ms. Sarah Hawes Kimsey's comments on the City of Sammamish's Facebook page. I have evidence, in the form of a Declaration from Robert Sydnor, the COO of ArchiveSocial, executed on October 27, 2021, confirming that Ms. Kimsey's comments were never deleted and remain accessible to the public on the City of Sammamish's Facebook page.

As you are undoubtedly aware, submitting false statements in a court document constitutes perjury under Washington State law (RCW 9A.72.020). Perjury is a serious criminal offense, punishable by law, as it undermines the integrity of the judicial system. The statute of limitations for perjury in Washington State is three years, which means that this matter remains well within the time frame for legal action to be taken against you.

Your knowingly false statements have not only caused harm to my reputation but have also misled the court. Such actions are unacceptable and warrant immediate correction.

I hereby demand that you formally retract these false statements in writing and submit a corrected document to the court where the original false claims were made. Additionally, I request that you provide a copy of the retraction to me and supply the retraction to any news outlets that covered this matter, including the *Sammamish Independent*. You must do so within 14 days from the date of this letter. If you fail to comply, I will be left with no choice but to pursue all available legal remedies, including but not limited to filing a criminal complaint for perjury and a civil lawsuit for defamation.

Please take this matter seriously and consider the potential legal consequences of your actions. I strongly urge you to rectify this situation promptly to avoid further escalation.

Sincerely,

*[signature]*
**Celia Wu**